# Daniel H. Goldman
Attorney & Counselor at Law

---

April 18, 2022

**VIA EMAIL AND FIRST-CLASS MAIL**
Matthew E. Kelley
Frith, Anderson & Peake, PC
PO Box 1240
29 Franklin Road SW
Roanoke, Virginia 24006
mkelley@faplawfirm.com


RE:   Jeremy Corbin v. Sonya Movassaghi, DMD, et al (USDC-WDVA 6:22-CV-12)


Dear Mr. Kelley:

We have received your request for an expert witness certification under Va. Code § 8.01-20.1. Our position is that the statute is inapplicable to this action pursuant to Pledger v. Lynch, 5 F.4th 511 (4th Cir. 2021). Please let me know if you would like to discuss the matter further.


Kind regards,

*Daniel Goldman*

Daniel H. Goldman
*Counsel for Jeremy Corbin*


c:   Evan M. Goldberg, Esq. (via Email)


The Law Office of Daniel Goldman, PLLC
114 N. Alfred Street, Alexandria, VA 22314
dan@dangoldmanlaw.com • P: (202) 251-5063 • F: (833) 523-2310


EXHIBIT 1