CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
1/3/2023
LAURA A. AUSTIN, CLERK
BY: s/ CARMEN AMOS
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# Lynchburg Division

| | |
|---|---|
| **JEREMY CORBIN,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.: 6:22-CV-12 |
| ) | |
| **SONYA MOVASSAGHI, DMD;** ) | |
| ) | |
| and ) | |
| ) | |
| **GOUTOM BHOWMICK, DDS;** ) | |
| ) | |
| ) | |
|     **Defendants.** ) | |

_____

## DISMISSAL ORDER

As all Parties are in agreement, pursuant to Fed. R. Civ. P. 41(a)(2), the Court grants Plaintiff's motion to dismiss with prejudice this action filed against all Defendants. Upon and in consideration of the Plaintiff's motion and having determined that dismissal is proper, it is hereby ORDERED that this action against all Defendants is DISMISSED with prejudice, with parties bearing their own fees and costs.

Entered this 3rd day of January, 2023.

_____

Judge

Anthony S. Cottone
Byrne Canaan Law

3117 W. Clay Strret, Suite 200
Richmond VA 23230
*Counsel for Defendant Dr. Bhowmick*


/s/ Matthew E. Kelley
/s/ Nathan H. Schnetzler

Matthew E. Kelley
Nathan H. Schnetzler
Frith, Anderson & Peake, PC
PO Box 1240
29 Franklin Road SW
Roanoke, VA 24006
*Counsels for Defendant Dr. Movassaghi*